ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
              :
              :
UNITED STATES OF AMERICA      :
              :       **UNSEALING ORDER**
     - v. -   :
              :       21 Cr. 723 (PAE),
LUIS GUZMAN,  :       21 Mag. 6827
              :
              :
         Defendant.  :
- - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Kaylan E. Lasky;

It is found that Complaint 21 Mag. 6827 and Information 21 Cr. 723 (PAE), and their corresponding dockets, are currently sealed and the United States Attorney's Office has applied to have that Complaint, Information, and dockets unsealed, it is therefore

ORDERED that Complaint 21 Mag. 6827, Information 21 Cr. 723 (PAE), and their corresponding dockets be unsealed and remain unsealed pending further order of the Court, with the exception of the following items:

  (i)  The Government's sealing application, dated July 8, 2021;

  (ii) The Sealing Order, dated July 8, 2021;

  (iii) The Government's unsealing request, dated October 7, 2022; and

  (iv) This Order.

SO ORDERED.

Dated: New York, New York
   October 13, 2022

              _____
               HONORABLE PAUL A. ENGELMAYER
               UNITED STATES DISTRICT JUDGE